AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Pashnick                                **JUDGMENT IN A CIVIL CASE**

        v.                                     Case Number: 09 C 565

United Parcel Service

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment being granted, judgment entered in favor of defendant and against plaintiff.

                                             Michael W. Dobbins, Clerk of Court

Date: 11/8/2010                            _____

                                             /s/ Michael Dooley, Deputy Clerk